IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| PAID 4 ENTERTAINMENT, LLC, JERMAINE SAUNDERS and JASON SAUNDERS,<br><br>      v.      Plaintiffs,<br><br>JAY JENKINS a/k/a YOUNG JEEZY, YOUNG JEEZY TOURING, LLC, MELINDA SMITH and SMITH BY SMITH ENTERTAINMENT, INC.,<br><br>      Defendants. | CASE NO. 2011-cv-70 |

ORDER

Before the Court are plaintiffs' motions for entry of default and for default judgment against Jay Jenkins and Young Jeezy Touring, LLC (ECF 20, 21, 23 and 24 respectively) pursuant to Federal Rule of Civil Procedure 55. Plaintiffs have not properly supported these requests for relief as to either of these defendants. Accordingly, the premises considered, the motions are DENIED without prejudice.

**Dated:** July 10, 2012      S\_____
                                                  RUTH MILLER
                                                  United States Magistrate Judge