IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| PAID 4 ENTERTAINMENT, LLC, JERMAINE SAUNDERS and JASON SAUNDERS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JAY JENKINS a/k/a YOUNG JEEZY, YOUNG JEEZY TOURING, LLC, MELINDA SMITH and SMITH BY SMITH ENTERTAINMENT, INC.,<br><br>　　　　　Defendants. | CASE NO.　2011-cv-70 |

ORDER

Before the Court are plaintiffs' motions for entry of default and for default judgment against Smith By Smith Entertainment, Inc. (ECF 26 and 27 respectively) pursuant to Federal Rule of Civil Procedure 55.  Plaintiffs have not properly supported these requests for relief as to this defendant.  Accordingly, the premises considered, the motions are DENIED without prejudice.

**Dated:** July 10, 2012　　　　S\_____
　　　　　　　　　　　　　　　　RUTH MILLER
　　　　　　　　　　　　　　　　United States Magistrate Judge